**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Treva Kirkbride, *on behalf of herself and a class of similarly situated persons*,

      vs.           Case No. 2:22-cv-2251

Antero Resources Corporation,      **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 9, 2023 Opinion and Order: Defendant's Motion to Dismiss is GRANTED.

Date: **May 9, 2023**      **Richard Nagel, Clerk**

                                                     s/ Jennifer Kacsor

                                              By Jennifer Kacsor/Courtroom Deputy